RONALD J. TENPAS
Assistant Attorney General

R. LEE LEININGER
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, Suite 800
Denver, CO 80294
(303) 844-1364
lee.leininger@usdoj.gov

KRISTOFOR SWANSON
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044
(202) 305-0248
kristofor.swanson@usdoj.gov

BRETT L. TOLMAN
United States Attorney
JEANNETTE F. SWENT
Assistant U.S. Attorney, USB # 6043
185 South State Street, #300
Salt Lake City, Utah 84111
(801) 325-3220

Attorneys for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULL VALLEY BAND OF GOSHUTE INDIANS, *et al.*, | |
| *Plaintiffs*, | Case No: 2:07CV00526TC |
| v. | **FEDERAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER LIMITING REVIEW TO THE ADMINISTRATIVE RECORD** |
| JAMES E. CASON, *et al.*, | |
| *Defendants*. | Magistrate Judge David Nuffer |

Federal Defendants James E. Cason, in his official capacity as Deputy Secretary of the Interior, C. Stephen Allred, in his official capacity as Assistant Secretary of the Interior for Land and Minerals Management, and the Department of the Interior, hereby move this Court for a protective order barring discovery and limiting judicial review to the Administrative Record in the above-captioned matter. The motion is made in response to interrogatories and requests for admission sent to Defendants by Plaintiffs on March 11, 2008. Discovery and the consideration of extra-record evidence are not warranted in this action, which was filed under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.* A supporting memorandum will be filed concurrently with this motion.

Respectfully submitted this 1st day of April, 2008.

                                    RONALD J. TENPAS
                                    Assistant Attorney General

                                    */s/ Kristofor R. Swanson*

                                    R. LEE LEININGER
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    1961 Stout Street, Suite 800
                                    Denver, CO 80294
                                    (303) 844-1364
                                    lee.leininger@usdoj.gov

                                    KRISTOFOR SWANSON
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    P.O. Box 663
                                    Washington, DC 20044
                                    (202) 305-0248
                                    kristofor.swanson@usdoj.gov

                         BRETT L. TOLMAN
                         United States Attorney
                         JEANNETTE F. SWENT
                         Assistant United States Attorney

                         *Attorneys for Federal Defendants*

Of Counsel:

Grant L. Vaughn
Office of the Regional Solicitor
U.S. Department of the Interior
Salt Lake City, Utah

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, Federal Defendants' Motion for Protective Order Limiting Review to the Administrative Record was filed with the United States District Court for District of Utah's electronic filing system, to which the following attorneys are registered to be noticed:

Thomas R. Barton
tbarton@vancott.com

Robert H. Scott
rscott@vancott.com

Margaret A. Swimmer
mswimmer@hallestill.com

Timothy A. Vollmann
tim_vollmann@hotmail.com

                                            */s/ Kristofor R. Swanson*
                                            Kristofor R. Swanson